IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

E. DAVID GABLE & ASSOCIATES  *
                             *
v.                           *   Civil No. HAR-96-1534
                             *
DEAN WITTER REYNOLDS, INC.   *
                          *****

ORDER

Defendant having filed a motion for entry of judgment and the motion appearing to be well founded, it is, this 6th day of October 1999

ORDERED that judgment be entered in favor of defendant, Dean Witter Reynolds, Inc. against plaintiff, E. David Gable & Associates, in the amount of $5,317.45.

J. Frederick Motz
United States District Judge


