IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| E. DAVID GABLE & ASSOCIATES | * |
| Plaintiff/Judgment Debtor | * |
| vs. | * |
| DEAN WITTER REYNOLDS,, INC. | * |
| Defendant/Judgment Creditor | * |
| and | * |
| BANK OF AMERICA, N.A. | * |
| Garnishee | * |

CASE NO. HAR96-1534

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is hereby ordered that 30 days having passed since the filing of Plea of Nulla Bona of Bank of America, N.A. (formerly NationsBank, N.A.), Garnishee, that judgment be entered in favor of Garnishee and the writ of garnishment be and hereby is dismissed on this _24th_ day of _Nov._, 1999.

_____
Judge

Copies to:   E. Hutchinson Robbins, Esquire
             Kathleen A. Ellis, Esquire

NOV 24 1999